Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED

# UNITED STATES DISTRICT COURT

for the *MIDDLE*

District of *FLORIDA*

Division *FORT MYERS*

2018 JUL -6 AM 10: 02

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

**GELU IOPA**

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

**D/S ALMONTE KERBS**

Defendant(s)

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **2:18-CV-475-FtM-38MRM**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _GELU IODA_

Address _P.O. BOX - 111381_

_NAPLES       FL.       34108_
City                State            Zip Code

County _COLLIER_

Telephone Number _239-601-6265_

E-Mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _ALMONTE KERBS_

Job or Title (if known) _D/S POLICEMAN_

Address

_FORT MYERS       FL.       33901_
City                State            Zip Code

County _LEE_

Telephone Number _22 WIDMAN WAY 33901_

E-Mail Address (if known)

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

Name _FEMALE OFFICER_

Job or Title (if known) _PART TIME ACTRESS, PLAY A PROSTITUTE_

Address _22 WIDMAN WAY 33901_

_FORT MYERS       FL.       33901_
City                State            Zip Code

County _LEE_

Telephone Number

E-Mail Address (if known)

☐ Individual capacity    ☐ Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name

Job or Title *(if known)*

Address

*THE UNDERCOVER OFFICERS*
*EQUIPPED WITH AUDIO AND VIDEO*
*RECORDING. LEE COUNTY CLERK*
*COVER WITH BLACK THEIR NAMES*

| City | State | Zip Code |
|---|---|---|

County

*LEE*

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

| City | State | Zip Code |
|---|---|---|

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*ENTRAPMENT, FALSE ARREST, EXPOSE TO MEDIA (T.V.)*

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

I WAS STOPPED ON COLONIAL BLVD. DRIVING FAST TO HWY 75, ARRESIED, HANDCUFFED AND TAKEN TO POLICE St.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

JULY 10, 2014, ARROUND 4ºº P.M.

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I WAS DRIVING ON COLONIAL BLVD. TOWARDS Hwy. 75 ON FULL TRAFFIC, BUMPER TO BUMPER, ON RUSH HOURS, ON A RAINY DAY. THIS COP OPEN MY DOOR, PULLS ME OUT MY CAR, BANG MY HEAD TO THE ROOF OF MY CAR HANDCUFFED ME AND THREW ME IN THE BACK OF A POLICE CAR AND RUN BACK TO MY CAR AND START DRIVING MY CAR. THEY STOPPED IN A PARKING LOT, HE PUT ME IN THE BACK OF MY CAR AND TOOK A PICTURE OF ME STANDING UP THAN TOOK ME IN JAIL.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I WANT THEM TO APOLOGIZE TO ME, BUT NOT ONLY VERBALY AND WRITTEN LETTER. I WANT TO BE DONE ON NEWSPAPER, ON TV, AND MY CHARGE REMOVED FROM MY PERMANENT RECORD.

I WANT 250.000 $ FOR ALL THE DAMAGES AND PUNITIVE DAMAGES. BECAUSE OF YOUR STUPID ACT I WAS IN JAIL FOR 30 DAY AND I LOST CUSTODY OF MY SON. BECAUSE OF YOU ALMONTE, I HAVE ALMOST 6 YEARS AND I DID NOT SEE MY SON. AND MORE TO SAY IN THE COURT

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/06/2018

Signature of Plaintiff _____ Gelu Iopa _____

Printed Name of Plaintiff _____ GELU IOPA _____

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____
City    State    Zip Code

Telephone Number _____

E-mail Address _____